UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-14156 |
| | | CHAPTER 13 |
| JOHN R. DAVIS, JR. | | |
| TERESA A. DAVIS | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917168 | $12.46 |

Creditor(s)
NYDIC
P.O. Box 677
Canfield, Ohio 44406

                                                    Respectfully submitted,

                                      /s/    Margaret A. Burks, Esq.
                                             Margaret A. Burks, Esq.
                                             Chapter 13 Trustee
                                             Attorney No. OH 0030377

                                             Francis J. DiCesare, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0038798

                                             Karolina F. Perr, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0066193

                                             600 Vine Street, Suite 2200
                                             Cincinnati, OH 45202
                                             (513) 621-4488
                                             (513) 621 2643 (Facsimile)
                                             mburks@cinn13.org - Correspondence only
                                             fdicesare@cinn13.org
                                             kperr@cinn13.org

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 22, 2010.

    /s/    Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.

NYDIC
P.O. Box 677
Canfield, Ohio 44406

Debtor(s) Counsel
KATHLEEN D MEZHER & ASSOCIATES
8075 BEECHMONT AVE
CINCINNATI, OH  45255

Debtor(s)
JOHN R. DAVIS, JR.
TERESA A. DAVIS
3921 CEDARWOOD PLACE
CINCINNATI, OH  45213

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)